Verification of Creditor Mailing List - (Rev. 10/05)                                          Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Marc J. Winthrop – State Bar No. 63218
       Winthrop Couchot Professional Corporation

Address    660 Newport Center Dr., 4th Fl.
         Newport Beach, CA 92660

Telephone    949-720-4100

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
| --- | --- |
| | Chapter 11 |
| **DAVID L. FARLEY** | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   January 21, 2011

David L. Farley, Debtor

MAINDOCS-#157042-v1-FarleyVeriMML_Petition.DOC

David Farley
2891 Venezia Terrace
Chino Hills, CA 91709-6603


Winthrop Couchot Professional Corp
Attn:  Marc J. Winthrop, Esq.
660 Newport Center Dr., #400
Newport Beach, CA 92660


Office of the U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

AAA
Attn:  Corporate Officer
P.O. Box 15026
Wilmington, DE 19850-5026


AT&T
Attn:  Corporate Officer
P.O. Box 6500
Sioux Falls, SD 57117-6500


Bank of America
Attn:  Corporate Officer
P.O. Box 5170
Simi Valley, CA 93062-5170


Celtic Capital Corporation
Attn:  Corporate Officer
2951 28th St., #2030
Santa Monica, CA 90405


Chase
Attn:  Corporate Officer
PO Box 9001123
Louisville, KY 40290-1123


Chase
Attn:  Corporate Officer
P.O. Box 15298
Wilmington, DE 19850-5298

Citibank
Attn: Corporate Officer
Box 6000
The Lakes, NV 89163-6000


Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


FXi Foamex Innovations
Attn: Corporate Officer
Rose Tree Corp Ctr II, #2000
Media, PA 19063-2076


Internal Revenue Special Procedures
Special Procedures'
24000 Avila Road
Laguna Niguel, CA 92677


Riverside County Tax Coll
4080 Lemon Street
P.O. Box 12005
Riverside, CA 92501-3660


San Bernardino County Tax Coll.
172 West Third St.
San Bernardino, CA 92415

Sears
Attn: Corporate Officer
P.O. Box 6283
Sioux Falls, SD 57117-6283


Wells Fargo Bank
Attn: Corporate Officer
P.O. Box 10347
Des Moines, IA 50306-0347