# United States Bankruptcy Court

__Central__ District of __California__

In re: __DAVID L. FARLEY__  
_____Debtor_____

Case No. __6:11-bk-12031 DS__  
(If known)

Chapter:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amount from schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A | Real Property | Yes | 1 | $1,175,000.00 | | |
| B | Personal Property | Yes | 3 | $166,067.29 | | |
| C | Property Claimed as Exempt | Yes | 1 | | | |
| D | Creditor Holding Secured Claims | Yes | 1 | | $2,750,671.35 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $463,204.66 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | Yes | 1 | | | $20,516.00 |
| J | Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $16,185.00 |
| | Total Number of Sheets in All Schedules | | 15 | | | |
| | Total Assets | | | $1,341,067.29 | | |
| | Total Liabilities | | | | $3,213,876.01 | |

FORM 6- Summary (10/05)

MAINDOCS-#158396-v1-FarleySummaryOfSchedules.DOC

B6A (Official Form 6A) (12/07)

In re: **DAVID L. FARLEY**                                                Case No. **6:11-bk-12031 DS**
                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2891 Venezia Terrace<br>Chino Hills, CA 91709<br>San Bernardino County | Joint Tenants in Common[1] | Joint | $750,000.00<br>(50% of value) | $1,570,903.00 |
| 8077 Softwinds<br>Corona, CA<br>Riverside County | Tenants in Common | With partner, Laura Castro | $425,000.00<br>(50% of value) | $1,179,768.00 |
| | | Subtotal > | $1,175,000.00 | $2,750,671.00 |

---

[1] Legal title is held in the name of Nancy J. Farley. Mrs. Farley is the Debtor's non-petitioning spouse.

_____ continuation sheets attached to the Schedule of Real Property

MAINDOCS-#158325-v1-FarleyScheduleA.DOC

B6B (Official Form 6B) (12/07)

In re: **DAVID L. FARLEY**                                       Case No. **6:11-bk-12031 DS**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None" If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bank. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $2,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | | Wells Fargo Bank Checking Account No. 8377164820 | | 8,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | 2,500.00 |
| 6. Wearing apparel. | | | | 1,000.00 |
| 7. Furs and jewelry. | | | | 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance – cash value is | | 10,000.00 |
| 10. Annuities. Itemize and name each issuer. | | | | |
| | | Subtotal | | $31,500.00 |

(Total of this page)

___ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07) - Cont.

In re: **DAVID L. FARLEY**  Case No. **6:11-bk-12031 DS**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA Account | | $34,567.29 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor holds 100% of the stock of Anatomic Global, Inc. | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | 0.00 |
| 16. Accounts receivable. | X | | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Estimated Federal Tax Refund for calendar/fiscal year ending 2010 | | 100,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | 0.00 |
| 20. Contingent or non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |
| | | | Subtotal | $134,567.29 |

(Total of this page)

Sheet 1 of 2 continuation sheets attached to the Schedule of Real Property

MAINDOCS-#158326-v1-FarleyScheduleB.DOC

B6B (Official Form 6B) (12/07) - Cont.

In re: **DAVID L. FARLEY**                                             Case No. **6:11-bk-12031 DS**
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | $0.00 |
| 26. Boats, motors, and accessories. | X | | | $0.00 |
| 27. Aircraft and accessories. | X | | | $0.00 |
| 28. Office equipment, furnishings, and supplies. | X | | | $0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | $0.00 |
| 30. Inventory. | X | | | $0.00 |
| 31. Animals. | X | | | $0.00 |
| 32. Crop - growing or harvested. Give particulars. | X | | | $0.00 |
| 33. Farming equipment and implements. | X | | | $0.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | $0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | $0.00 |
| | | | Subtotal | $0.00 |
| | | | | (Total of this page) |
| | | | Total | **$166,067.29** |
| | | | | **Plus unknown** |

Sheet 2 of 2 continuation sheets attached to the Schedule of Real Property

MAINDOCS-#158326-v1-FarleyScheduleB.DOC

B6C (Official Form 6C) (04/10)

In re: **DAVID L. FARLEY**                                                                Case No.: **6:11-bk-12031 DS**
                                        Debtor.

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,459*.

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of the Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand or on deposit | CCP §703.140(b)(1) | $10,000.00 | $10,000.00 |
| Household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor | CCP §703.140(b)(3) | $10,000.00 | $10,000.00 |
| Jewelry | CCP §703.140(b)(4) | $1,425.00 | $1,425.00 |
| Unmatured Life Insurance Contract | CCP §703.140(b)(7) | Unlimited/No Dollar Limit | Unknown |
| Aggregate interest in any accrued dividend or interest under or loan value of unmatured life insurance contract | CCP §703.140(b)(8) | $10,000.00 and up to $11,800.00 to the extent that the value of the exempt property increases post-petition | $10,000.00 |
| Funds and/or assets held in and Individual Retirement Account | CCP §703.140(b)(10)(e) | $34,567.29 and any increase thereon | $34,567.29 |
| Anticipated tax refund for calendar/fiscal year ending 2010 | CCP §703.140(b)(1); and CCP §703.140(b)(5) | $13,250.00 consisting of $12,075.00 balance of exemption amount under CCP §703.140(b)(1) and $1,175.00 available under CCP §703.140(b)(5) | $100,000.00 |
| | | | |
| | | | |

---

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached to the Schedule of Real Property

MAINDOCS-#158328-v1-FarleyScheduleC.DOC

B6D (Official Form 6D) (12/07)

In re: **DAVID L. FARLEY**                                              Case No.: **6:11-bk-12031 DS**
                              Debtor.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number of all entities holding claims secured by property of the debtor as of the date of filing petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Bank of America<br>Attn: Corporate Officer<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | | | 8077 Soft Winds, Corona, CA 92883<br><br>First Trust Deed<br>Acct No. 124926958<br>Principal Balance $998,625.82<br><br>Second Trust Deed<br>Acct No. 124926966<br>Principal Balance $181,142.32 | | | | $1,179,768.14 | $329,768.14 |
| Chase<br>Attn: Corporate Officer<br>PO Box 9001123<br>Louisville, KY 40290-1123 | | | 2891 Venezia Terrace, Chino Hills, CA 91709<br><br>First Trust Deed<br>Loan No. 3013870732 | | | | $1,570,903.21 | |
| | | | Total<br>(Report on Summary of Schedules) | | | | $2,750,671.35 | $329,768.14 |

___ continuation sheets attached

MAINDOCS-#157038-v1 Farley_ScheduleD.DOC

B6E (Official Form 6E) (04/10)

In re: __DAVID L. FARLEY_____        Case No. __6:11-bk-12031 DS_____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on Schedule E in the boxed labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debt report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts <u>not</u> entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case.** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11 U.S.C.§ 507(a)(3).

☐ **Wages, salaries, and commissions.** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen.** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals.** Claims of individuals up to a maximum of $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units.** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution.** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 04/01/10, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ Continuation Sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re: **David L. Farley**                                          Case No. **6:11-bk-12031 DS**

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Franchise Tax Board<br>Attn: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| San Bernardino County Tax Coll.<br>172 West Third St.<br>San Bernardino, CA 92415 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| Internal Revenue Special Procedures<br>Special Procedures'<br>24000 Avila Road<br>Laguna Niguel, CA 92677 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| Riverside County Treas/Tax Collector<br>4080 Lemon Street<br>P.O. Box 12005<br>Riverside, CA 92501-3660 | | | For notice purposes only | | | | 0.00 | 0.00 | .00 |
| | | | Subtotal<br>(Total of this page) | | | | 0.00 | 0.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 0.00 | 0.00 | 0.00 |

Sheet no. 2 of ____ Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#157039-v1-FarleyScheduleE.DOC

B6F (Official Form 6F) - (12/07)

In re: __**DAVID FARLEY**__  Case No. __**6:11-bk-12031 DS**__
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and the last four digits of the account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Co-Debtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Co-Debtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule on the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| AAA<br>Attn: Corporate Officer<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | | | 4264 2965 8932 9942: $14,377.30<br><br>4264 2965 8922 3079: $25,121.00 | | | | 39,498.30 |
| AT&T<br>Attn: Corporate Officer<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | | | 5491 1393 2947 3608 | | | | 10,420.77 |
| Chase<br>Attn: Corporate Officer<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | 5418 2242 3115 3496: $534.41<br><br>4417 1226 8816 8161: $11,042.73<br><br>5323 5016 4102 1528: $4,650.65 | | | | $16,227.79 |
| Citibank<br>Attn: Corporate Officer<br>Box 6000<br>The Lakes, NV 89163-6000 | | | 5410 6543 1699 5916: $12,748.09<br><br>5424 1801 2394 1251: $12,443.36<br><br>4271 3820 0129 2693" $18,159.67 | | | | 43,351.12 |
| Sears<br>Attn: Corporate Officer<br>P.O. Box 6283<br>Sioux Falls, SD 57117-6283 | | | 5049 9411 8707 7836 | | | | 4,194.27 |

1 Continuation Sheets attached

MAINDOCS-#157036-v1-Farley_ScheduleF.DOC

B6F (Official Form 6F) - (12/07) - Cont.

In re: __**DAVID FARLEY**_____    Case No. __**6:11-bk-12031 DS**__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Wells Fargo Bank<br>Attn: Corporate Officer<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 | | | 4465 4210 3185 9943 | | | | 19,744.27 |

|  |  |
|---:|---:|
| Total<br>(Report on Summary of Schedules) | $133,436.52 |
| Total<br>(Unsecured Portion from Schedule D) | $329,768.14 |
| Grand Total Schedule F | $463,204.66 |

Sheet no. 1 of 1 sheets
attached to Schedule of Creditors Holding
Unsecured Non-Priority Claims

MAINDOCS-#157036-v1-Farley_ScheduleF.DOC

B6G (Official Form 6G) (12/07)

In re: **DAVID L. FARLEY**                                            Case No.  **6:11-bk-12031 DS**
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease Is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases                MAINDOCS-#158329-v1-FarleyScheduleG.DOC

B6H (Official Form 6H) (12/07)

In re: **DAVID L. FARLEY**                                                  Case No.  **6:11-bk-12031 DS**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signors. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, disclose the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Nancy J. Farley (Debtor's spouse)<br>2891 Venezia Terrace<br>Chino Hills, CA 91709 | Chase<br>Attn: Corporate Officer<br>PO Box 9001123<br>Louisville, KY 40290-1123<br><br>Mortgage on real property located at 2891 Venezia Terrace Chino Hills, CA 91709 |
| Laura A. Castro<br>376 South Olive Street<br>Orange, CA 92866 | Bank of America<br>Attn: Corporate Officer<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170<br><br>Mortgages on real property located at 8077 Soft Winds, Corona, CA 92883 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

_____ continuation sheets attached to Schedule of Codebtors                    MAINDOCS-#158394-v1-FarleyScheduleH.DOC

B6I (Official Form 6I) (12/07)

In re: **DAVID L. FARLEY**                                    Case No. **6:11-bk-12031 DS**
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the currently monthly income calculated on Form 22A, 22B or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Wife  Nancy J. Farley | AGE(S):<br>61 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | CEO/CFO | X |
| Name of Employer | Anatomic Global, Inc. | X |
| How Long Employed | 21 years | X |
| Address of Employer | 1241 Old Temescal Rd.<br>Corona, CA 92881 | X |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 29,167.00 | $ 0.00 |
| 2. Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 29,167.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 935.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify)   Fed. Tax & medical taxes withheld | | $ 7,716.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 8,651.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 20,516.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance | | | $ 0.00 |
| (Specify) _____ | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | | |
| (Specify) _____ | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 20,516.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combined column totals from line 15) | | $ 20,516.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income anticipated to occur within the year following the filing of this document:
    **This does not account for income taxes that should be withheld and/or accounted for at year.**

MAINDOCS-#158332-v1-FarleyScheduleI&J.DOC

B6J (Official Form 6J) (12/07) - Cont.

In re: **DAVID L. FARLEY** _____ Case No. **6:11-bk-12031 DS** _____
                                Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 6,800.00 |
|    a. Are real estate taxes included?    Yes ☐    No ☒ | |
|    b. Is property insurance included?    Yes ☐    No ☒ | |
| Utilities   a. Electricity and heating fuel | $ 600.00 |
|    b. Water and sewer | $ 95.00 |
|    c. Telephone | $ 200.00 |
|    d. Other | $ 300.00 |
| 3. Home Maintenance (Repairs and upkeep) | $ 200.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 200.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 1,100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 195.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 64.00 |
|    e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 1,150.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other | $ 0.00 |
|    c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 4,000.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 16,185.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document.

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 20,516.00 |
| b. Average monthly expenses from Line 18 above | $ -16,185.00 |
| c. Monthly net income (a. minus b.) | $ 4,331.00 |

B6J (Official Form 6J) (12/07) - Cont.

In re: **DAVID L. FARLEY** _____   Case No. **6:11-bk-12031 DS** _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS
**Detailed Expense Attachment**

Other Utility Expenditures:

| | |
|---|---|
| _____ | $0.00 |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| Total Other Utility Expenditures | $_____ |

Other Expenditures:

| | |
|---|---|
| _____ | $0.00 |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| Total Other Expenditures | $0.00 |

MAINDOCS-#158332-v1-FarleySchedulel&J.DOC

Form B6 Dec - (Rev. 10/05)　　　　　　　　　　　　　　　　　　　　　　　2005 USBC, Central District of California

| In re: | Case No. |
|---|---|
| **DAVID L FARLEY** <br> Debtor | 6:11-bk-12031 DS <br> (If known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 1)

Date  February 17, 2011　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　David L. Farley

Date　　　　　　　　　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name of Bankruptcy Petition Preparer　　　　　　Social Security No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X_____　　　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　　Date

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, _____, the _____ of the limited partnership/corporation named as debtor in this case, declare under penalty of perjury, that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date　　　　　　　　　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　Print or type name of individual signing on behalf of debtor

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571*

MAINDOCS-#158397-v1-FarleyDecReSchedules.DOC