Marc S. Cohen (Bar Number 65486)
Email address:  mcohen@kayescholer.com
Ashleigh A. Danker (Bar Number 138419)
Email address:  adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

FILED & ENTERED

DEC 28 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen    DEPUTY CLERK

Attorneys for FOAMEX INNOVATIONS OPERATING COMPANY

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DAVID L. FARLEY, Debtor and Debtor-in-Possession | **Case No.** 6:11-BK-12031-DS<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF SINOMAX POLYURETHANES (SHANGHAI) CO. LTD. AND SINO CENTURY DEVELOPMENT LTD.**<br><br>Date: August 25, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 304<br>　　　3420 Twelfth Street<br>　　　Riverside, CA 92501 |

For the reasons set forth in the *Memorandum Decision re Motion for Reconsideration of Order Approving Compromise of Controversy Between Debtor and Foamex Innovations Operating Company* entered on December 15, 2011, Docket No. 74,

IT IS HEREBY ORDERED THAT the *Motion for Reconsideration of Order Approving Compromise of Controversy Between Debtor and Foamex Innovations Operating Company*,

60517693.docx

1  Docket No. 47, by Sinomax Polyurethanes (Shanghai) Co. Ltd. and Sino Century Development

2  Ltd. is denied.

3                                              ###

DATED: December 28, 2011

United States Bankruptcy Judge

60517693.docx

| In re: DAVID L. FARLEY | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 6:11-bk-12031-DS |

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described *As **Order Denying Motion For Reconsideration Of Sinomax Polyurethanes (Shanghai) Co. Ltd. And Sino Century Development Ltd.*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☐ **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December ___, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒ **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **December 20, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☒ **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on **December 20, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2011   Diana Hernandez | /s/ Diana Hernandez |
|---|---|
| *Date           Type Name* | *Signature* |

60517693.docx

3

**SERVICE LIST**
**In re David L. Farley**
**USBC, CDCA Case No. 6:11-bk-12031-DS**

**I. SERVED ELECTRONICALLY VIA NEF:**

   **[None.]**

**II. SERVED VIA OVERNIGHT MAIL:**

**Honorable Deborah J. Saltzman**
U.S. Bankruptcy Court
3420 Twelfth Street, Ste. 384
Riverside, CA 92501

**II. SERVED VIA EMAIL:**

**United States Trustee**
Elizabeth A. Lossing, Esq.
Email: elizabeth.lossing@usdoj.gov

**Debtor's Counsel:**
Marc J. Winthrop, Esq.
Kavita Gupta, Esq.
Winthrop Couchot, P.C.
Email: mwinthrop@winthropcouchot.com
Email: kgupta@winthropcouchot.com

**Sinomax's Counsel:**
Jeffrey D. Cawdrey, Esq.
Phillip R. Maltin, Esq.
Daniel C. Silva, Esq.
Gordon & Rees LLP
Email: jcawdrey@gordonrees.com
Email: pmaltin@gordonrees.com
Email: dsilva@gordonrees.com

60517693.docx

4

| In re: David L. Farley | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:11-bk-12031-DS |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: ***Order Denying Motion For Reconsideration Of Sinomax Polyurethanes (Shanghai) Co. Ltd. And Sino Century Development Ltd.*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒ I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 19, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☐ II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

☐ III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

indicate address, fax number or email address

☐ Service information continued on attached page

60517693.docx

**SERVICE LIST FOR ENTERED ORDER**

**I. SERVED ELECTRONICALLY VIA NEF:**

- **Richard J Bauer rbauer@mileslegal.com**
- **Jared D Bissell ecfcacb@piteduncan.com**
- **Jeffrey D Cawdrey jcawdrey@gordonrees.com, ebojorquez@gordonrees.com**
- **Marc S Cohen mcohen@kayescholer.com**
- **Ashleigh A Danker adanker@kayescholer.com**
- **Todd S Garan ecfcacb@piteduncan.com**
- **Kavita Gupta kgupta@winthropcouchot.com**
- **Elizabeth A Lossing elizabeth.lossing@usdoj.gov**
- **Daniel C Silva dsilva@gordonrees.com, jmydlandevans@gordonrees.com**
- **Ramesh Singh claims@recoverycorp.com**
- **United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**
- **Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com**

60517693.docx